UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 06.16-CR-00048 |
| LOUIS ACKAL | JUDGE DONALD WALTER |

### ORDER

Considering the Motion to Intervene and to Access Juror Names submitted by NBC News,

The motion is **GRANTED**. NBC News may intervene and access juror names in this case.

Shreveport, Louisiana, this _____ day of _____, 2017.

_____
UNITED STATES JUDGE

1237646v.1